IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GEORGE ANDERSON, #70160                                                                           PLAINTIFF

VERSUS                                              CIVIL ACTION NO.    3:07cv222-HTW-LRA

SHERIFF MALCOLM MCMILLAN and MAJOR RUSHING                           DEFENDANTS

<u>                                    ORDER</u>

    The plaintiff, an inmate currently incarcerated in the Hinds County Detention Facility, Raymond, Mississippi, filed this complaint pursuant to 42 U.S.C. § 1983.  The defendants are Sheriff Malcolm McMillan and Major Rushing.  Upon review of the plaintiff's complaint and responses, it is hereby,

    ORDERED AND ADJUDGED that the plaintiff within 20 days of the date of this order shall provide this court with the civil action number of every civil action or appeal which the plaintiff has had dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted.  Plaintiff shall also provide the name of the court and name(s) of defendant(s) in each civil action identified.

    IT IS FURTHER ORDERED that the United States District Clerk is hereby directed to issue summons to the defendants,

        **SHERIFF MALCOLM MCMILLAN**
        **c/o Bill Gowain**
        **Hinds County Detention Center**
        **407 Pascagoula St.**
        **Jackson, MS 39201-4206**

        **MAJOR RUSHING**
        **c/o Bill Gowain**
        **Hinds County Detention Center**
        **407 Pascagoula St.**
        **Jackson, MS 39201-4206**

<u>requiring a response to the complaints</u>.  The Clerk is directed to attach a copy of this order to a copy of the order [7-1] filed May 22, 2007, response [9-1] filed May 29, 2007, order [10-1] filed June 13, 2007, and response [11-1] filed June 22, 2007, to each complaint that will be served on the named defendants.  The United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d).

    IT IS FURTHER ORDERED that the defendant(s) file his answer or other responsive pleading in this cause in accordance with the *Federal Rules of Civil Procedure* and the Local Rules of this Court.

    IT IS FURTHER ORDERED that subpoenas shall not be issued except by order of the Court.  The United States District Clerk shall not issue subpoenas upon request of the <u>pro se</u> litigant, but shall instead forward the request to the Magistrate Judge assigned to this cause for review.  The plaintiff shall submit all request for the issuance of subpoenas to this office for review.

    **The plaintiff should understand that this order allowing process to issue against the above named defendants does not reflect any opinion of this Court that the claims contained in the complaint will or will not be determined to be meritorious.**

    It is the plaintiff's responsibility to prosecute this case.  Failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of this case.

    THIS the 29th day of June, 2007.

                                       *s/ Linda R. Anderson*
                                       UNITED STATES MAGISTRATE JUDGE